CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>BUFORD E. LANE, in individual and representative capacity as trustee of The Lane Family Trust dated 4/9/1992;<br>VIRA M. LANE, in individual and representative capacity as trustee of The Lane Family Trust dated 4/9/1992;<br>ZOOK'S EARL SCHEIB, INC., a California Corporation; and Does 1-10<br><br>  Defendants. | Case: 3:19-cv-02382-LAB-BGS<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |

## **NOTICE**

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, without prejudice.

Dated: March 15, 2020        CENTER FOR DISABILITY ACCESS


            By:   /s/ Phyl Grace
                  Phyl Grace
                  Attorneys for Plaintiff